**Opinion filed August 24, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00156-CR

_____

## DAVID ANDREW JACKSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-21-1753-CR**

## M E M O R A N D U M   O P I N I O N

Appellant, David Andrew Jackson, filed a pro se notice of appeal from the trial court's order of dismissal in this cause. We dismiss the appeal.

When this appeal was docketed, the clerk of this court wrote Appellant and informed him that it did not appear that Appellant's notice of appeal related to a final appealable order. We requested that Appellant respond and show grounds to continue the appeal. Appellant has responded, but he has not shown grounds upon which this appeal may continue.

An appellate court has jurisdiction to consider an appeal by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Appellant's notice of appeal relates to the trial court's order dismissing cause number D-21-1753-CR based on the State's motion. In its motion, the State requested that the trial court dismiss the criminal action pending against Appellant because he had been sentenced to forty-six months in federal prison by the United States District Court for the District of Wyoming. Because the trial court's order dismissing Appellant's case is not an appealable order and an appeal is not otherwise authorized by law, we do not have jurisdiction to address Appellant's appeal. *Munguia v. State*, No. 11-18-00059-CR, 2018 WL 1546233, at *1 (Tex. App.—Eastland 2018, no pet.) (mem. op., not designated for publication); *McCray v. State*, No. 01-12-00969-CR, 2013 WL 6047614, at *1 (Tex. App.—Houston [1st Dist.] Nov. 14, 2013, no pet.) (mem. op., not designated for publication).

Accordingly, we dismiss this appeal for want of jurisdiction.


W. STACY TROTTER
JUSTICE


August 24, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.